IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FRANKIE McCRARY,            )<br>                             )<br>    Plaintiff,             )<br>                             )<br>    v.                       )<br>                             )<br>NURSE SMITH, et al.,         )<br>                             )<br>    Defendants.              ) | CIVIL ACTION NO.<br>  2:24cv151-MHT<br>       (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a prisoner, filed this lawsuit complaining about the behavior of a nurse at the correctional facility where plaintiff was incarcerated. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute and to comply with an order of the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of August, 2024.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**